Fill in this information to identify the case.

United States Bankruptcy Court for the:

_____
Central District of California

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Punta San Carlos, Inc | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | Solosports | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 0 – 1 9 2 0 4 0 1 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 24145 Minnetonka Lane<br>Number        Street | _____<br>Number        Street |
| Lake Forest, CA 92630<br>City                    State    ZIP Code | P.O. Box<br><br>_____<br>City                    State    ZIP Code |
| Orange<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number        Street<br><br>_____<br>City                    State    ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  __Punta San Carlos, Inc__  
     Name

Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

       District _____ When _____ Case number _____
                                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                       MM / DD / YYYY

       Case number, if known _____

---

Debtor   <u>Punta San Carlos, Inc</u>                                           Case number *(if known)* _____

    Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>    **Why does the property need immediate attention?** *(Check all that apply.)*<br><br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>       What is the hazard? _____<br><br>    ☐ It needs to be physically secured or protected from the weather.<br><br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>    ☐ Other _____<br><br>    **Where is the property?** _____<br>      Number     Street<br><br>      City             State     ZIP Code<br><br>    **Is the property insured?**<br><br>    ☐ No<br><br>    ☐ Yes.  Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| Debtor | Punta San Carlos, Inc | Case number (if known) |
|---|---|---|
| | Name | |

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM/ DD/ YYYY

X _____
Signature of authorized representative of debtor

Kevin Trejo
Printed name

Title _____ President _____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 06/28/2023
MM/ DD/ YYYY

Gary Polston
Printed name

Polston Law
Firm name

24031 El Toro Road, Suite 260
Number        Street

Laguna Hills
City

CA
State

92653
ZIP Code

(714) 532-3901
Contact phone

gary@polstonlaw.com
Email address

219992
Bar number

CA
State

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is

2. The following financial data is the latest available information and refers to the debtor's condition on

| | |
|---|---|
| a. Total assets | $350.00 |
| b. Total debts (including debts listed in 2.c., below) | $312,338.23 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

d. Number of shares of preferred stock

e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name _____ Punta San Carlos, Inc _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐  *Amended Schedule _____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  *Other document that requires a declaration _____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/28/2023___          X _____
            MM/ DD/ YYYY                 Signature of individual signing on behalf of debtor

                                         ___Kevin Trejo_____
                                         Printed name

                                         ___President_____
                                         Position or relationship to debtor

Official Form B202                   Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Punta San Carlos, Inc |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

   **None**

4. **Other cash equivalents** *(Identify all)*

   **None**

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $0.00

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   **None**

Debtor      **Punta San Carlos, Inc**
      Name

Case number *(if known)*

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.          $0.00

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   | | **Current value of debtor's interest** |
   |---|---|

11. **Accounts Receivable**

   11a. 90 days old or less: _____ - _____ = ......  →    _____
             face amount      doubtful or uncollectible accounts

   11b. Over 90 days old: _____ - _____ = ......  →    _____
             face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $0.00

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | | **Valuation method used for current value** | **Current value of debtor's interest** |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of fund or stock:          % of ownership:

   **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

---

Debtor    **Punta San Carlos, Inc**
           _____    Case number *(if known)* _____
           Name

None

17.  **Total of Part 4**

     Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
     ☑ No. Go to Part 6.
     ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  Raw materials

     None

20.  Work in progress

     None

21.  Finished goods, including goods held for resale

     None

22.  Other inventory or supplies

     None

23.  **Total of Part 5**

     Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $0.00

24.  Is any of the property listed in Part 5 perishable?
     ☑ No
     ☐ Yes

25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
     ☑ No
     ☐ Yes

26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?
     ☑ No
     ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

Debtor    **Punta San Carlos, Inc**
Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

   **None**

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

30. **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

31. **Farm and fishing supplies, chemicals, and feed**

   **None**

32. **Other farming and fishing-related property not already listed in Part 6**

   **None**

33. **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.

   $0.00

34. **Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor    __Punta San Carlos, Inc__                                    Case number *(if known)* _____
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
|    39.1 __Office Furniture__ | (Unknown) | | $150.00 |
| **40.** Office fixtures | | | |
|    None | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
|    41.1 Computer equipment | (Unknown) | | $200.00 |
| **42.** Collectibles *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|    None | | | |

**43.** Total of Part 7

   Add lines 39 through 42. Copy the total to line 86.                           $350.00

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
   ☑ No
   ☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?
   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
|    None | | | |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    __Punta San Carlos, Inc__    Case number *(if known)* _____
      Name

None

49. **Aircraft and accessories**

    None

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    None

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                  $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 9: Real Property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    None

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 10: Intangibles and Intellectual Property

Debtor    __Punta San Carlos, Inc__    Case number *(if known)* _____
          Name

---

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

None

61. **Internet domain names and websites**

None

62. **Licenses, franchises, and royalties**

None

63. **Customer lists, mailing lists, or other compilations**

None

64. **Other intangibles, or intellectual property**

None

65. **Goodwill**

None

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                            $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Debtor    __Punta San Carlos, Inc_____    Case number *(if known)* _____
　　　　　Name

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
　　　Description (include name of obligor)
　　　**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
　　　Description (for example, federal, state, local)
　　　**None**

**73.** **Interests in insurance policies or annuities**
　　　**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
　　　**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
　　　**None**

**76.** **Trusts, equitable or future interests in property**
　　　**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
　　　**None**

**78.** **Total of Part 11**
　　　Add lines 71 through 77. Copy the total to line 90.　　　　　　　　　　　　　　$0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　☑ No
　　☐ Yes

Debtor    __Punta San Carlos, Inc_____    Case number *(if known)* _____
       Name

### Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 34. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................ → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $350.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................ | | $350.00 |

**Fill in this information to identify the case:**

Debtor name ___Punta San Carlos, Inc___

United States Bankruptcy Court for the: _____Central_____ District of ___California___
                                                                                              (State)

Case number (if known): _____

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | Column A | Column B |
|---|---|---|
|  | _____ | _____ |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          _____

Fill in this information to identify the case:

Debtor name _____ Punta San Carlos, Inc

United States Bankruptcy Court for the:
_____ Central District of California

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ | _____ |

Debtor    Punta San Carlos, Inc                                                  Case number (if known)
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured
    claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Adam Hardacre

14 Elderflower Close

Christchurch BH234fs Great Britain,

Date or dates debt was incurred        11/08/2019

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,650.00

---

**3.2** Nonpriority creditor's name and mailing address

A-I Andrea Goto and Shinichi Gota

Doujou 319-8
Makinohara 421-0415 Japan

xx

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,400.00

---

**3.3** Nonpriority creditor's name and mailing address

Alan Lauba

11006 NE 18th Pl

Bellevue, WA 98004

Date or dates debt was incurred        _____

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,700.00

---

**3.4** Nonpriority creditor's name and mailing address

Alaska Business Visa

PO Box Box 15796

Wilmington, DE 19886

Date or dates debt was incurred        _____

Last 4 digits of account number        5  3  1  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,733.25

Debtor    Punta San Carlos, Inc                                    Case number *(if known)* _____
_____
Name

**Part 2:  Additional Page**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,200.00 |
|---|---|---|---|

3.5  Nonpriority creditor's name and mailing address

Alexander Nick

345 Spear St.

San Francisco, CA 94105

Date or dates debt was incurred    12/26/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,200.00

---

3.6  Nonpriority creditor's name and mailing address

Andree Gauthier

26 Ternhill Cres

North York M3C2E5, CA

Date or dates debt was incurred    12/10/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,200.00

---

3.7  Nonpriority creditor's name and mailing address

Andrew Trickey

830 Methodist Rd

Hood River, OR 97031-8810

Date or dates debt was incurred    12/27/2019

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,700.00

---

3.8  Nonpriority creditor's name and mailing address

Andy Sloan

Tile House, Denbigh Road
Haslemere GU27 3 AP, Great Britain

xx

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,700.00

Debtor    Punta San Carlos, Inc                                           Case number *(if known)* _____
_____
            Name

| Part 2: | Additional Page |

**3.9** | Nonpriority creditor's name and mailing address

Barbara Maschwitz
_____

11 Cross Ridge Dr.
_____

Old Greenwich, CT 06870

Date or dates debt was incurred    12/27/2019

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,200.00

---

**3.10** | Nonpriority creditor's name and mailing address

Bay Area Kitesurf, Inc
_____

151 Haskins Way C
_____

South San Francisco, CA 94080

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,181.39

---

**3.11** | Nonpriority creditor's name and mailing address

Bradley Staal
_____

304 Phoebe Dr.
_____

Allen, TX 75013

Date or dates debt was incurred    12/20/2019

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,200.00

---

**3.12** | Nonpriority creditor's name and mailing address

Bruce Cumming
_____

7909 Charleston Court
_____

Bethesda, MD 20817

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,450.00

Debtor    Punta San Carlos, Inc                                      Case number *(if known)*
           Name

| Part 2: | Additional Page |

**3.13**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $3,200.00
Carl Spiess                                                  *Check all that apply.*
                                                            ☐ Contingent
50 Golfdale Rd.                                             ☐ Unliquidated
                                                            ☐ Disputed
Toronto M$N 2B6,
                                                            Basis for the claim: _____

Date or dates debt was incurred    12/21/2019               Is the claim subject to offset?
                                                            ☑ No
Last 4 digits of account number    __ __ __ __              ☐ Yes

**3.14**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $2,600.00
Carl Tomlinson                                              *Check all that apply.*
                                                            ☐ Contingent
13 Shotwick Park, Saughall                                 ☐ Unliquidated
                                                            ☐ Disputed
Chester, GB CH1 6GA,
                                                            Basis for the claim: _____

Date or dates debt was incurred    12/02/2019               Is the claim subject to offset?
                                                            ☑ No
Last 4 digits of account number    __ __ __ __              ☐ Yes

**3.15**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $3,200.00
Charles McKay                                              *Check all that apply.*
                                                            ☐ Contingent
5 Sandusky Cres                                            ☐ Unliquidated
                                                            ☐ Disputed
Aurora L4G3N3 ,
                                                            Basis for the claim: _____

Date or dates debt was incurred                             Is the claim subject to offset?
                                                            ☑ No
Last 4 digits of account number    __ __ __ __              ☐ Yes
Remarks: For Matt Pritchard Wavecamp

**3.16**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    unknown
Charles Murman                                             *Check all that apply.*
                                                            ☐ Contingent
148 Pacific Ave. 2                                         ☐ Unliquidated
                                                            ☐ Disputed
Pacific Grove, CA 93950
                                                            Basis for the claim: _____

Date or dates debt was incurred                             Is the claim subject to offset?
                                                            ☑ No
Last 4 digits of account number    __ __ __ __              ☐ Yes

Debtor    __Punta San Carlos, Inc_____    Case number *(if known)* _____
              Name

**Part 2:**   **Additional Page**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

Chris Lloyd

81 Scenic Heights Rd. 83

Underwood, WA 98651

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

Chris Lowrie

153 Skyline Blvd

Satellite Bch, FL 32937-3264

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

Christophe Sem

Hardtyrmstrauss 364

Zurich CH 8005,

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,001.34 |

CITI Bank Costco

Po Box 78019

Phoenix, AZ 85062-8019

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Punta San Carlos, Inc _____   Case number (if known) _____
         Name

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

Curtis Parker

228 Halsey St.

Southampton, NY 11968

Date or dates debt was incurred   12/20/2019

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   $2,700.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

Dan Monckton

40 Felden Street

Lonson SW6 5AF GB,

Date or dates debt was incurred   09/02/2019

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   $1,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Dan Monckton

40 Felden Street

Lonson SW6 5AF GB,

Date or dates debt was incurred   05/09/2019

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   $2,900.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Julie Wilkinson

8 Denham Close

Winchester NH SO23 7BL Great Britain,

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   $2,600.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Punta San Carlos, Inc**                                                      Case number *(if known)* _____
            Name

| **Part 2:** | **Additional Page** |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

Katherine Syme

Kilshannig, Maharees
Castlegregory V92 E1W4
Ireland

xx

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                      $1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Michal Bukovansky

Dakine

Po Box 1460

Hood River, OR 97031-0460

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: For Chico Bukovansky

As of the petition filing date, the claim is:                      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

SBA Loan

14925 Kingsport Road

Fort Worth, TX 76155

Date or dates debt was incurred _____

Last 4 digits of account number   7  4  1  0

As of the petition filing date, the claim is:                      $150,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Slingshot Sports

407 Portway Ave 300

Hood River, OR 97032

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:                      $22,622.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Punta San Carlos, Inc**    Case number *(if known)* _____
_____
Name

---

| Part 2: | Additional Page |
|---|---|

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,373.57 |
|---|---|---|---|

Nonpriority creditor's name and mailing address

Wells Fargo Business Card

Po Box 29482

Phoenix, AZ 85038-9482

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,373.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Wells Fargo Businessline

P.O. Box 51174

Los Angeles, CA 90051

Date or dates debt was incurred _____

Last 4 digits of account number  4 _ 4 _ 4 _ 9

**As of the petition filing date, the claim is:** $94,425.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

William Blanke

P.O. Box 2379

White Salmon, WA 98672

Date or dates debt was incurred  12/28/2019

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    __Punta San Carlos, Inc__                                    Case number *(if known)* _____
          Name

Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    Add the amounts of priority and nonpriority unsecured claims.

|     |                                          |     |   | Total of claim amounts |
|-----|------------------------------------------|-----|---|------------------------|
| 5a. | Total claims from Part 1                 | 5a. |   | $0.00                  |
| 5b. | Total claims from Part 2                 | 5b. | + | $367,138.23            |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. |   | $367,138.23        |

Fill in this information to identify the case:

Debtor name _____ Punta San Carlos, Inc _____

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __Punta San Carlos, Inc__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | _____ Street | _____ | ☐ D |
| | _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City        State        ZIP Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D |
| | _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City        State        ZIP Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D |
| | _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City        State        ZIP Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D |
| | _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City        State        ZIP Code | | |
| 2.5 _____ | _____ Street | _____ | ☐ D |
| | _____ | | ☐ E/F |
| | _____ | | ☐ G |
| | City        State        ZIP Code | | |

Debtor    __Punta San Carlos, Inc__                          Case number (if known) _____
         Name

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____<br>Street<br>_____<br>_____<br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H          Schedule H: Codebtors          page __2__ of __2__

Fill in this information to identify the case:

Debtor name _____ Punta San Carlos, Inc _____

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................... | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ | $350.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. | $350.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. | $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... | + $367,138.23

4. **Total liabilities**.................................................................................................... | $367,138.23
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ Punta San Carlos, Inc _____

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year: | From 01/01/2022 to<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $56,179.43 |
| For the year before that: | From 01/01/2021 to<br>MM/ DD/ YYYY | 12/31/2021<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | (102,150.20)<br>$0.00 |

2.   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 to<br>MM/ DD/ YYYY | Filing date | _____ | _____ |
| For prior year: | From 01/01/2022 to<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From 01/01/2021 to<br>MM/ DD/ YYYY | 12/31/2021<br>MM/ DD/ YYYY | _____ | _____ |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | _____<br>_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code<br>**Relationship to debtor**<br>_____ | _____<br>_____ | _____<br>_____ | _____<br>_____<br>_____ |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    Pune Cabin Comp    Name                                            Case number (if known)

**5.1.** _____
Creditor's name

_____
Street

_____
City           State      ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | XXXX– __ __ __ __ | | |

---

**Part 3:**   **Legal Actions or Assignments**

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| _____<br><br>**Case number**<br>_____ | _____ | Name<br>_____<br><br>Street<br>_____<br><br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | _____ | _____ | _____ |
| | Custodian's name | | |
| | _____ | Case title | Court name and address |
| | Street | _____ | _____ |
| | | | Name |
| | _____ | Case number | _____ |
| | City          State   ZIP Code | _____ | Street |
| | | | _____ |
| | | Date of order or assignment | _____ |
| | | _____ | City          State   ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | _____ | _____ | | _____ |
| | Recipient's name | | | |
| | _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

## Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | _____ | _____ | _____ | _____ |

## Part 6:   Certain Payments or Transfers

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    Puntos Concepts Inc.    Case 8:23-bk-11760-TA    Doc 1    Filed 08/29/23    Entered 08/29/23 14:59:27    Desc
     Name      Case number (if known)
Main Document    Page 35 of 52

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Law Office of Gary Polston | Attorney's Fee | 5/2/2023 | $2,500.00 |
| | **Address** | | | |
| | 24031 El Toro Road Ste 260 | | | |
| | Street | | | |
| | | | | |
| | Laguna Hills, CA 92653 | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | gmp@polstonlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

Debtor  Puncak Niaga Inc.                                         Case Number (if known)

---

## Part 7:  Previous Locations

### 14.  Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | From _____  To _____ |

---

## Part 8:  Health Care Bankruptcies

### 15.  Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. <br><br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9:  Personally Identifiable Information

### 16.  Does the debtor collect and retain personally identifiable information of customers?

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

### 17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

---

Debtor _____    Case number (if known)_____
        Pune Debtor Bolvest Inc.

☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?
☐ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, and other financial institutions.
☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Wells Fargo _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | XXXX– _ _ _ _ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | 04/03/2023 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.
☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | _____<br>_____<br>Address<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.
☑ None

---

Debtor    Punta Gorda HC, LLC    Case number (if known) _____
        Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

Name _____

Street _____                    Address

City _____ State ___ ZIP Code _____

☐ No
☐ Yes

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.    Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

Name _____

Street _____

City _____ State ___ ZIP Code _____

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or other governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City _____ State ___ ZIP Code ___ | | ☐ Concluded |

---

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ _ __ __ __ __ _ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City   State   ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor    Pun Can, Inc.                                              Case number (if known)
         Name

| Name and address | Dates of service |
|---|---|
| 26a.1.  M. Blank & Company | From _____ To 04/3/2023 |
| Name | |
| 23705 Birtcher Drive | |
| Street | |
| | |
| Lake Forest, CA 92630 | |
| City    State    ZIP Code | |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| | |
| City    State    ZIP Code | |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City    State    ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City    State    ZIP Code |

27.    **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories:

Debtor _____Punctual Abatement Inc._____    Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

**Name and address of the person who has possession of inventory records**

27.1. _____

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name _____ | | | |
| Street _____ | | | |
| _____ | | | |
| City _____ State _____ ZIP Code _____ | | | |

**Relationship to debtor**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

Debtor    Punt  Cell, Inc.                                        Case number (if known)

| Name |

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____06/28/2023____
         MM/ DD/ YYYY

X _____          Printed name _____Kevin Trejo_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____President_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**    Punta San Carlos, Inc

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................................................    $2,500.00

Prior to the filing of this statement I have received ........................................................................    $2,500.00

Balance Due ........................................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to
me for representation of the debtor(s) in this bankruptcy proceeding.

06/28/2023
*Date*

Gary Polston
*Signature of Attorney*

Bar Number: 219992
Polston Law
The Law Office of Gary Polston
24031 El Toro Road, Suite 260
Laguna Hills, CA 92653
Phone: (714) 532-3901

Polston Law
*Name of law firm*

**United States Bankruptcy Court**

**Central District of California**

In Re:                                                                    Case No:_____
                                                                         Chapter:

## STATEMENT REGARDING CORPORATE RESOLUTION

I, Kevin Trejo declare under penalty of perjury that I am the CEO of Punta San Carlos, Inc, a California Corporation and that on June 27, 2023 the following resolution was duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be it Therefore Resolved, that Kevin Trejo, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Kevin Trejo, CEO of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that Kevin Trejo, CEO of this Corporation, is authorized and directed to employ Gary Polston and to represent the Corporation in such bankruptcy case."

                                                    Kevin Trejo, CEO

Executed on: **June 28, 2023**              Signed: _____

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary Polston<br>Bar Number: 219992<br>Polston Law<br>The Law Office of Gary Polston<br>24031 El Toro Road, Suite 260<br>Laguna Hills, CA 92653<br>Phone: (714) 532-3901<br>Email: gary@polstonlaw.com<br><br>☑ *Attorney for:* Punta San Carlos, Inc | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>Punta San Carlos, Inc | CASE NO.: _____ |
|---|---|
| | ADVERSARY NO.: _____ |
| | CHAPTER: 7 |
| Debtor(s). | |
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO RBP 1007(A)(1)**<br>**AND 7007.1, AND LBR 1007-4** |
| Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* _____ Gary Polston _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.      ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the
corporation's(s') equity interests:

_____

_____

_____

b.        ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:    06/28/2023            By:    _____
                                              Signature of Debtor, or attorney for Debtor

                                     Name:    _____
                                                     Gary Polston
                                              Printed name of Debtor, or attorney for Debtor

_____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Gary Polston<br>Bar Number: 219992<br>Polston Law<br>The Law Office of Gary Polston<br>24031 El Toro Road, Suite 260<br>Laguna Hills, CA 92653<br>Phone: (714) 532-3901<br>Email: gary@polstonlaw.com<br><br><br>☐  *Debtor(s) appearing without an attorney*<br>☑  *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Punta San Carlos, Inc | CASE NO.:<br><br>CHAPTER:  Chapter 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___1___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 06/28/2023 _____

_____
Signature of Debtor 1

Date: 06/28/2023 _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 06/28/2023 _____

_____
Signature of Attorney for Debtor (if applicable)

**Adam Hardacre**
14 Elderflower Close
Christchurch BH234fs Great Britain

**A-I Andrea Goto and Shinichi Gota**
Doujou 319-8
Makinohara 421-0415 Japan
xx

**Alan Lauba**
11006 NE 18th Pl
Bellevue, WA 98004

**Alaska Business Visa**
PO Box Box 15796
Wilmington, DE 19886

**Alexander Nick**
345 Spear St.
San Francisco, CA 94105

**Andree Gauthier**
26 Ternhill Cres
North York M3C2E5, CA

**Andrew Trickey**
830 Methodist Rd
Hood River, OR 97031-8810

**Andy Sloan**
Tile House, Denbigh Road
Haslemere GU27 3 AP, Great Britain
xx

**Barbara Maschwitz**
11 Cross Ridge Dr.
Old Greenwich, CT 06870


**Bay Area Kitesurf, Inc**
151 Haskins Way C
South San Francisco, CA 94080


**Bradley Staal**
304 Phoebe Dr.
Allen, TX 75013


**Bruce Cumming**
7909 Charleston Court
Bethesda, MD 20817


**Carl Spiess**
50 Golfdale Rd.
Toronto M$N 2B6


**Carl Tomlinson**
13 Shotwick Park, Saughall
Chester, GB CH1 6GA


**Charles McKay**
5 Sandusky Cres
Aurora L4G3N3


**Charles Murman**
148 Pacific Ave. 2
Pacific Grove, CA 93950

**Chris Lloyd**
81 Scenic Heights Rd. 83
Underwood, WA 98651

**Chris Lowrie**
153 Skyline Blvd
Satellite Bch, FL 32937-3264

**Christophe Sem**
Hardtyrmstrauss 364
Zurich CH 8005

**CITI Bank Costco**
Po Box 78019
Phoenix, AZ 85062-8019

**Curtis Parker**
228 Halsey St.
Southampton, NY 11968

**Dan Monckton**
40 Felden Street
Lonson SW6 5AF GB

**Julie Wilkinson**
8 Denham Close
Winchester NH SO23 7BL Great Britain

**Katherine Syme**
Kilshannig, Maharees
Castlegregory V92 E1W4
Ireland
xx

**Michal Bukovansky**
Dakine
Po Box 1460
Hood River, OR 97031-0460

**SBA Loan**
14925 Kingsport Road
Fort Worth, TX 76155

**Slingshot Sports**
407 Portway Ave 300
Hood River, OR 97032

**Wells Fargo Business Card**
Po Box 29482
Phoenix, AZ 85038-9482

**Wells Fargo Businessline**
P.O. Box 51174
Los Angeles, CA 90051

**William Blanke**
P.O. Box 2379
White Salmon, WA 98672